# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**STACY PATRICK BROWN,**   CIVIL ACTION

    **Plaintiff,**   CASE NO.: 4:22-CV-293

v.

**UNITED STATES POSTAL SERVICE,**

    **Defendant.**

_____/

# COMPLAINT

The Plaintiff, **STACY PATRICK BROWN**, sues the Defendant, **UNITED STATES POSTAL SERVICE** (hereinafter "USA") and alleges as follows:

1. This Court has jurisdiction pursuant to the Federal Tort Claims Act and the federal question provisions of 28 U.S.C. §1331.

2. Venue is appropriate in the United States District Court for the Northern District of Florida, Tallahassee Division, pursuant to 28 U.S.C. §1402(a).

3. Pursuant to the provisions of 28 U.S.C. §2675, on or about February 1, 2022, the Plaintiff, **STACY PATRICK BROWN**, provided written notice to the United States Postal Service of his claim for money damages. The Standard Form 95 form for the Plaintiff is attached hereto and incorporated by reference herein respectively as **Composite Exhibit "A"**. This exhibit does not contain the extensive

demand package that was attached to the original.

4. The claim under the Federal Tort Claims Act has not been honored and is deemed denied.

5. At all times material hereto, Plaintiff, **STACY PATRICK BROWN**, was a resident of Tallahassee, Leon County, Florida.

6. On or about, November 27, 2020, the Defendant, **USA,** owned and authorized their employee, **Kyshuna Monae Frazier**, to operate a motor vehicle in the scope and purpose of defendant in Leon County, Florida.

7. Defendant **USA** is liable for any negligence of its employees committed within the scope and purpose of their employment with **USA** under vicarious liability.

8. At that time and place, Defendant, **USA** vicariously and negligently operated and/or maintained the subject motor vehicle so that it collided with Plaintiff, **STACY PATRICK BROWN's** vehicle.

9. As a result of the above negligence, Plaintiff, **STACY PATRICK BROWN** suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, aggravation of a pre-existing condition, medical and nursing care and treatment, lost wages, loss of ability to earn money and property damages. These losses are either permanent or continuing and the Plaintiff will continue to suffer these losses in the future.

WHEREFORE, the Plaintiff, **STACY PATRICK BROWN**, demands judgment for damages, prejudgment interest, and all costs of suit against the Defendant**, USA**, and all other relief permitted at law from Defendant, **USA.**

Pursuant to Rule 38 Fedederal Rules of Civil Procedure, the Plaintiff demands a trial by jury.

**LAW OFFICE OF COLLIN CHERRY, P.L.**

/s/ A. Collin Cherry
ARTHUR COLLIN CHERRY, Esquire
FLA. BAR NO. 0115355
1114 East Park Avenue
Tallahassee, Florida 32301
Service Email: collin@cherrylaw.us
Secondary: legal@cherrylaw.us
(850) 224-1100  Fax: (850) 224-1365
**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to a process server to be served upon the Defendant this August 11, 2022.

/s/ A. Collin Cherry
ATTORNEY

I CERTIFY a true copy was filed and served by U.S. Mail on 8/11/22.

# COMPOSITE EXHIBIT A

320-21-00497621A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| USPS - Tort Claims<br>PO Box 40005<br>Jacksonville, FL 32203-0005 | Mr. Stacy Patrick Brown Jr.<br>33 Home Stretch Lane, Apt. 32<br>Crawfordville, FL 32327 — Mr. Arthur Collin Cherry<br>Law Office of Collin Cherry<br>1114 East Park Ave.<br>Tallahassee, FL 32301 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>02/27/1984 | 5. MARITAL STATUS<br>Divorced | 6. DATE AND DAY OF ACCIDENT<br>11/27/2020   Friday | 7. TIME (A.M. OR P.M.)<br>07:50 P.M. |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

On November 27, 2020, at approximately 7:50 p.m., I was the restrained driver of my red 2001 Ford Ranger traveling southbound on Capital Circle SE, and I was stopped at the red light at the intersection of Capital Circle SE and Old St. Augustine Road in Tallahassee, Florida. At that time, USPS driver, Kyshuna Frazier, who was driving a Grumman LLV, United States Postal Service mail truck, was traveling directly behind my vehicle and was also stopped at the red light. Both me and Ms. Frazier were in the outside southbound lane of Capital Circle SE. When the light turned green, Ms. Frazier accelerated her USPS vehicle forward before I had begun to move my vehicle forward. This caused the front bumper of Ms. Frazier's USPS vehicle to collide with the rear bumper and tailgate of my vehicle.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

Stacy Patrick Brown, Jr.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Passenger side rear bumper

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Neck pain, cervical sprain/strain, cervical spinal stenosis, segmental and somatic dysfunction of the cervical spine, disc herniation at C5-6, disc herniation at C6-7, posterior vertebral offset of C2 on C3, posterior vertebral offset of C3 on C4, thoracic spine pain, low back pain, lumbar sprain/strain, lumbar facet syndrome, segmental and somatic dysfunction of the lumbar spine, contusion of the left knee, headaches, migraine without aura

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Kyshuna Monae Frazier | 2221 Orange Avenue, Apt. 637, Tallahassee, FL 32311 |
| Allison Brown | 33 Homestretch, Crawfordville, FL 32327 |
| Deputy C. Taylor | Leon County Sheriff's Office, 2825 Municipal Way, Tallahassee, FL 32304 |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $0.00 | $279,529.51 | $0.00 | $279,529.51 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory<br>(850) 728-5031 | 14. DATE OF CLAIM<br>1-28-22 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109   Previous editions not usable.    NSN 7540-00-634-4046



STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### INSTRUCTIONS

Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch  
Civil Division  
U.S. Department of Justice  
Washington, DC 20530

and to the  
Office of Management and Budget  
Paperwork Reduction Project (1105-0008)  
Washington, DC 20503

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  X  Yes, if yes give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number.  ☐ No

**GEICO Attn: Florida Claims**  
**P.O. Box 9091**  
**Macon, GA 31208-9091**

**Policy #No.: 9100248417**  
**Claim No.: 080 521980 000 0003**

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?  | 17. If deductible, state amount.

**Personal Injury Protection Benefits 10,000**  
**No Comprehensive or Collision Coverage**

**PIP $1,000 deductible**

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts.)

**My insurance company has paid $10,000 in personal injury protection benefits. The GEICO Personal Injury Protection payment ledger is provided for your review in Exhibit 4 of my Personal Injury Settlement Demand which accompanies this document.**

19. Do you carry public liability and property damage insurance?  X  Yes, if yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code).  ☐ No

**GEICO**  
**Attn: FL Claims**  
**P.O. Box 9091**  
**Macon, GA 31208-9091**

**Bodily Injury Liability Coverage, and Property Damage (including loss of use) Liability coverage**

SF 95 (Rev. 7-85) BACK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Lisa Wolfe
Tort Claims Coordinator
USPS - Tort Claims
P.O. Box 40005
Jacksonville, FL 32203-0005

9590 9402 2312 6225 2278 99

320-21-00497621A

2. Article Number (Transfer from service label)

7016 0340 0000 8348 0527

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name): ML MENDEZ
C. Date of Delivery: 2-9-2[?]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Isabelle Ferrera, Esq.
National Tort Center
United States Postal Service
1720 Market Street
Room 2400
St. Louis, MO 63155-9948

9590 9402 2312 6225 2277 83

NT 2021137227 / 320-21-0407621A

2. Article Number (Transfer from service label)

7016 0340 0000 8348 0510

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Carrie A Fezett
☒ Agent
☐ Addressee

B. Received by (Printed Name): Carrie A Fezett
C. Date of Delivery: JAN 31 2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

9590 9402 2312 6225 2277 83

**United States Postal Service**

S. Brown (USPS)

- Sender: Please print your name, address, and ZIP+4® in this box●

The Law Office of
**COLLIN CHERRY**
*The Cherry-Pichard House*
Attorney and Counselor at Law
1114 East Park Avenue
Tallahassee, FL 32301

SF-95 +
Demand to
USPS

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10